1  Eric D. Houser (SBN 130079)
   Robert W. Norman, Jr. (SBN 232470)
2  HOUSER & ALLISON
   A Professional Corporation
3  9970 Research Drive                    JS 6
   Irvine, California  92618
4  Telephone: (949) 679-1111
   Facsimile: (949) 679-1112
5  ehouser@houser-law.com
   rnorman@houser-law.com
6

7  Attorneys for Defendant,
   HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity
8  Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan
   Trust, Series 2007-HE4, Asset Backed Pass-Through Certificates (erroneously sued
9  herein as HSBC BANK USA, NATIONAL ASSOCIATION)

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASHLEY STEWART, | CASE NO. CV 08-7524 DSF (VBKx) |
| Plaintiff, | HON. DALE S. FISCHER |
| vs. | ORDER ON STIPULATION TO REMAND CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES |
| HSBC BANK USA, NATIONAL ASSOCIATION, and DOES 1-50, inclusive, | |
| Defendants. | |

26  / / /
27  / / /
28  / / /

-1-

1  **PURSUANT TO THE STIPULATION OF COUNSEL, AND GOOD CAUSE APPEARING THEREFROM, IT IS HEREBY ORDERED:**

   1. This action is remanded to the Superior Court of the State of California for the County of Los Angeles.

**IT IS SO ORDERED.**

Dated: 12/8/08

_____
U.S. DISTRICT COURT JUDGE